No. 87–2048.  TEXACO INC. v. HASBROUCK, DBA RICK'S TEXACO, ET AL.  C. A. 9th Cir.  [Certiorari granted, 490 U. S. 1105.]  Motions for leave to file briefs as *amici curiae* filed by the following are granted: Motor & Equipment Manufacturers Association, National Association of Wholesaler-Distributors, Boise Cascade Corp., Society of Independent Gasoline Marketers of America et al., National Association of Texaco Wholesalers, American Petroleum Institute et al., Motor Vehicle Manufacturers Association of the United States et al., and Petroleum Marketers Association of America.  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–1105.  GUIDRY v. SHEET METAL WORKERS NATIONAL PENSION FUND ET AL.  C. A. 10th Cir.  [Certiorari granted, *ante*, p. 904.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.  JUSTICE BLACKMUN would grant the motion.

No. 88–1323.  SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. EVERHART ET AL.  C. A. 10th Cir.  [Certiorari granted, 490 U. S. 1080.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 88–1369.  MARYLAND v. BUIE.  Ct. App. Md.  [Certiorari granted, 490 U. S. 1097.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–1480.  REVES ET AL. v. ARTHUR YOUNG & CO.  C. A. 8th Cir.  [Certiorari granted, 490 U. S. 1105.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–1503.  CRUZAN, BY HER PARENTS AND CO-GUARDIANS, CRUZAN ET UX. v. DIRECTOR, MISSOURI DEPARTMENT OF HEALTH, ET AL.  Sup. Ct. Mo.  [Certiorari granted, *ante*, p. 917.]  Motion of petitioners to dispense with printing the joint appendix granted.